# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: MJ-25-00057　　　　　　　　　　　　DATE: May 17, 2025

HON. MICHAEL J. BORDALLO, Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　　Court Recorder: Walter Tenorioo
Courtroom Deputy: Walter M. Tenorio　　Hearing Times: 11:40 - 11:50

**APPEARANCES:**
Defendant: Charles Vincent Esteves　　　Attorney: William Brennan
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　☑ Present ☑ Retained ☐ FPD ☐ CJA

U.S. Attorney: Rosetta San Nicolas　　　U.S. Agent:
U.S. Probation: None Present
Interpreter:　　　　　　　　　　　　　Language:

**PROCEEDINGS: Intial Appearance on a Petition for Writ of Removal**
- Court advised defendant of his right to counsel and his right to remain silent.
- Court and parties discussed whether this court has jurisdiction over the petition that seeks the defendant's removal on an arrest warrant issued by the Superior Court of the District of Columbia which is treated as a "state court."
- Court set a status hearing for Tuesday, May 20, 2025, at 11:15 a.m. to further address jurisdiction.
- Defendant released on his personal recognizance and ordered to comply with any restraining order in effect.
- I, Walter M. Tenorio, certify that I am a duly appointed Deputy Clerk of the District Court of Guam, and that I was present in the courtroom of this court on date specified above, and during the regular course of my profession, I made electronic sound recording(s) of the proceedings, for the case specified above. I have played back the recording and certify that it is a true and correct record of the proceedings, that it is sufficiently intelligible when played on a personal computer using For The Record The Record Player™ or equivalent software, that it can be transcribed without undue difficulty, and that I have filed the digital recording with the Clerk of Court.

NOTES: